UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLA FRISELLA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HARWINDER BISLA, et al.,<br><br>　　　　　Defendants. | No.  2:16-cv-0586 CKD<br><br><br>ORDER |

By order filed August 11, 2016, the defendant corporations were ordered to obtain counsel no later than September 9, 2016.  Defendants have failed to obtain counsel.  It is well established that "a corporation may appear in the federal courts only through licensed counsel."  Rowland v. California Men's Colony, 506 U.S. 194, 202 (1993); see also In re America West Airlines, 40 F.3d 1058 (9th Cir. 1994) (non-attorney members of partnership cannot appear on behalf of partnership).  The defendant corporations may not proceed in this action pro se.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall enter defaults against defendant ASR Bisla Restaurant and Lounge and defendant 7-11/Shell.

Dated:  September 28, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 frisella0586.def

1