1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KAYLA FRISELLA, et al.,                        No.  2:16-cv-0586 CKD

12                    Plaintiffs,

13           v.                                      ORDER

14    HARWINDER BISLA, et al.,

15                    Defendants.

16

17

18          This matter is presently set for a jury trial on November 6, 2017 at 9:00 am.  (ECF No. 19)

19    On September 1, 2017 plaintiffs filed a joint pretrial statement that did not comply with Local

20    Rule 281, because it was only signed by counsel for plaintiffs and did not constitute a truly joint

21    statement.  (ECF No. 22.)  Mr. Bisla is currently incarcerated in the Placer County Jail awaiting

22    trial on charges of possession and distribution of child pornography and a charge of child

23    molestation.  (Id. at 7.)

24          On September 9, 2017, this court ordered plaintiffs and defendant to each file, no later

25    than September 20, 2017, supplemental briefing regarding the relationship between the pending

26    civil and criminal cases, and whether or not there is any cause to stay this civil action, pending the

27    conclusion of the criminal action.  (ECF No. 24.)  The court also vacated the September 20, 2017

28    pretrial conference.  (Id.)

1    On September 19, 2017, defendant filed a motion to continue the trial. (ECF No. 25.)

2  Plaintiffs have yet to submit any supplemental briefing, as ordered. It is apparent that this matter

3  is not ready for trial on November 6, 2017.

4        Accordingly, IT IS HEREBY ORDERED that:

5        1. Within thirty (30) days, plaintiffs shall respond to defendant's motion to continue jury

6           trial with a memorandum of points and authorities that includes legal argument and

7           citation to appropriate legal authorities. Plaintiffs shall ensure that a copy of this

8           response is served on defendant in Placer County Jail.

9        2. Defendant will then have twenty-one (21) days to reply to plaintiffs' response.

10       3. The jury trial scheduled for November 6, 2017 at 9:00 a.m. in Courtroom No. 24 is

11          VACATED.

12       4. The Clerk of Court shall serve a copy of this order to defendant at both his address of

13          record and the South Placer Jail: Harwinder Bisla, P00265992, 11801 Go For Broke

14          Rd., Roseville, CA 95678.

15  Dated: September 27, 2017

16                                                CAROLYN K. DELANEY
17                                                UNITED STATES MAGISTRATE JUDGE

18

19  14/16-586.Frisella v. Bisla. order vacating trial

20

21

22

23

24

25

26

27

28