UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLA FRISELLA, et al., | No. 2:16-cv-0586 CKD |
| Plaintiffs, | |
| v. | ORDER |
| HARWINDER BISLA, et al., | |
| Defendants. | |

On September 19, 2017, defendant Harwinder Bisla, who proceeds pro se, filed a motion to continue the trial set for November 6, 2017. (ECF No. 25.) Defendant is incarcerated in the Placer County Jail, awaiting trial on criminal charges. (Id.) He contends that proceeding with "this civil action before the completion of [his] criminal action will violate his Fifth Amendment Rights." (Id.) Plaintiffs filed a statement of non-opposition to defendant's motion. (ECF No. 27.) Based upon defendant's status, and plaintiffs' non-opposition, the court concludes that it is appropriate to stay this matter pending the outcome of Mr. Bisla's criminal proceeding.

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is STAYED, pending the outcome of Harwinder Bisla's criminal proceeding in Placer County Superior Court.
2. Parties shall file a joint status report <u>on or before April 30, 2018</u>, updating the court on

1

1. Mr. Bisla's status, and whether it is appropriate to lift the stay.
3. Mr. Bisla shall inform the court immediately if he is released from jail, transferred to another facility, or if his criminal case is resolved.
4. The Clerk of Court shall serve a copy of this order to defendant at both his address of record and the South Placer Jail: Harwinder Bisla, P00265992, 11801 Go For Broke Rd., Roseville, CA 95678.

Dated: October 31, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

14/16-586.Frisella v. Bisla. order stay