UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAYLA FRISELLA, et al.,

    Plaintiffs,

  v.

HARWINDER BISLA, et al.,

    Defendants.

No. 2:16-cv-0586 CKD

ORDER

Defendant Harwinder Bisla, who proceeds pro se, is incarcerated in the Placer County Jail, awaiting trial on criminal charges. (ECF No. 25.) On October 31, 2017, the court concluded that it was appropriate to stay this matter, pending the outcome of Mr. Bisla's criminal proceeding. (ECF No. 28.) Defendant has indicated that there has been no change in his status, and that the criminal proceeding has not resolved. (ECF No. 29.) The parties have each moved to continue the stay of this matter. (ECF Nos. 29, 30.)

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' motions to extend the stay (ECF Nos. 29, 30) are GRANTED.
2. This matter remains STAYED, pending the outcome of Harwinder Bisla's criminal proceeding in Placer County Superior Court.
3. Parties shall file a joint status report <u>on or before October 1, 2018</u>, updating the court

1

on Mr. Bisla's status, and whether it is appropriate to lift the stay.

4. Mr. Bisla shall inform the court immediately if he is released from jail, transferred to another facility, or if his criminal case is resolved.

5. The Clerk of Court shall serve a copy of this order to defendant at both his address of record and the South Placer Jail: Harwinder Bisla, P00265992, 11801 Go For Broke Rd., Roseville, CA 95678.

Dated: May 2, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

14/16-586.Frisella v. Bisla. order continued stay