**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORPORATION**
Clayeo C. Arnold, SBN 65070
Anthony J. Poidmore, SBN 51346
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
Email: apoidmore@justice4you.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLA FRISELLA, et al., | Case No.: 2:16-cv-0586-CKD |
| Plaintiffs, | **[Proposed] ORDER ON STIPULATION TO CONTINUE TRIAL AND FINAL PRE-TRIAL CONFERENCE DATES** |
| vs. | |
| HARWINDER BISLA, et al., | |
| Defendants. | Current Trial Date: April 8, 2019<br>Time: 9:00 AM<br>Judge: Carolyn K. Delaney<br>Crtrm: 24 |
| | Proposed Trial Date: September 23, 2019<br>Time: 9:00 AM<br>Judge: Carolyn K. Delaney<br>Crtrm: 24 |

The Court, having reviewed the stipulation to continue the trial and final pre-trial conference dates in this matter, and finding good cause, rules as follows:

The stipulated motion is GRANTED, with the following modification. Final Pre-Trial Conference and Trial Dates in this matter are continued as set forth below:

    Final Pretrial Conference:    August 21, 2019 at 10:00 a.m.

    Trial:    September 30, 2019 at 9:00 a.m.

IT IS SO ORDERED.

Dated: February 26, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE