UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLA FRISELLA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HARWINDER BISLA, et al.,<br><br>Defendants. | No. 2:16-cv-0586 CKD<br><br><br><br>ORDER |

The present case has been continually delayed due to defendant Harwinder Bisla's failure to respond to court orders. On August 21, 2019, defendant did not appear for a final pretrial conference in this matter and did not file a joint status report, as ordered by the court, and the court subsequently ordered defendant to show cause as to why sanctions, such as default and having his answer stricken, should not be entered. (ECF No. 44.) The court ordered reservice of this order to show cause to a new address defendant listed and to his email. (ECF No. 45.) Defendant again failed to respond to this order or contact the court in any way.

At this point, the court concludes that the appropriate sanctions are for default to be entered and defendant's answer be stricken.

////

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall enter default against Harwinder Bisla; and

2. Harwinder Bisla's answer is STRICKEN.

Dated: January 15, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16/16-586.Frisella v. Bisla. default