UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLA FRISELLA, et al., | No. 2:16-cv-0586 CKD |
| Plaintiffs, | |
| v. | ORDER |
| HARWINDER BISLA, et al., | |
| Defendants. | |

In the interests of judicial economy and moving this matter forward the court orders plaintiffs to file a brief status report in this case. The report shall include: (1) the status of defendant Harwinder Bisla's bankruptcy proceedings; (2) the effect of the bankruptcy proceedings on Mr. Bisla as well as the corporate defendants; (3) whether default judgment should be entered against any or all defendants; and (4) any additional information plaintiffs feel would benefit the court at this juncture. Plaintiffs shall file this status report within fourteen (14) days of this order.

IT IS SO ORDERED.

Dated: June 5, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.586.frisella status

1