UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLA FRISELLA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HARWINDER BISLA, et al.,<br><br>Defendants. | No. 2:16-cv-0586 CKD<br><br><br><br>ORDER |

On June 19, 2020, pursuant to this court's prior order, plaintiff filed a status report in this matter, which indicated that due to defendants' bankruptcy proceedings "Plaintiffs will be filing a dismissal of the entire action." (ECF No. 52.) Plaintiffs have not filed anything with this court since that date. Accordingly, it is HEREBY ORDERED that, within 14 days from the date of this order, plaintiffs shall file dismissal documents with the court, or, in the alternative, update the court on the status of this action and why dismissal is no longer being sought.

IT IS SO ORDERED.

Dated: October 6, 2020

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.586.frisella status

1